FILE COPY

No. 07-20-00219-CR

| | | |
|---|---|---|
| Ex parte Brian L. Rinehart | § | From the 249th District Court of Johnson County |
| | § | |
| | | February 8, 2021 |
| | § | |
| | | Opinion by Justice Parker |
| | § | |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated February 8, 2021, it is ordered, adjudged, and decreed that the judgment of the trial court be modified as set forth in the opinion and affirmed.

Inasmuch as this is an appeal *in forma pauperis,* no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o